Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANGELINO CIRINGIONE, Respondent, for Compensation for Herself, v. RITZ REALTY CORPORATION, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM LITTLER, Respondent, for Compensation under the Workmen's Compensation Law, v. GEORGE A. FULLER COMPANY, Employer and Self-insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JAKE BADER, Respondent, for Compensation under the Workmen's Compensation Law, v. GOLDSTEIN SCRAP IRON AND STEEL COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Matter remitted to the Commission for further findings, and to take further testimony if desired.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JENNIE LEESMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. DREW BROTHERS, INC., Employer, and UNITED STATES CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOSEPH E. KENNEDY, Respondent, for Compensation unde the Workmen's Compensation Law, v. KENNEDY MANUFACTURING AND ENGINEERING COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— On reargument, award reversed and claim dismissed, on the authority of *Matter of Bowne* v. *Bowne Co.* (221 N. Y. 28) and *Matter of Howard* v. *Howard* (Id. 605). All concurred. (See 177 App. Div. 56; 178 id. 946.)

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by ANNE CASEY, Widow of THOMAS CASEY, Deceased, on Behalf of Herself and Her Minor Child, Respondents, v. BORDEN'S CONDENSED MILK COMPANY, Employer, and Self-insurer, Appellant.— Matter remitted to the Commission to correct its findings, or for further findings.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY MATTA and Minor Children, Respondents, for Compensation under the Workmen's Compensation Law, for the Death of HANNA MATTA, v. DENNINGS POINT BRICK WORKS, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed. Motion for leave to appeal to the Court of Appeals granted.